James M. Wagstaffe (#95535)
Frank Busch (#258288)
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 357-8910
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff
Walleye Opportunities Master Fund Ltd and
Walleye Manager Opportunities LLC and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVER LAKE GROUP, L.L.C., BC PARTNERS LLP, RAYMOND SVIDER, and JUSTIN BATEMAN,<br><br>Defendants. | Case No. 4:20-cv-02341-JSW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF THE MOTION OF WALLEYE OPPORTUNITIES MASTER FUND LTD AND WALLEYE MANAGER OPPORTUNITIES LLC FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

*caption continues on following page*

DECLARATION OF JAMES M. WAGSTAFFE
CASE NO. 4:20-CV-02341-JSW

| | |
|---|---|
| FNY PARTNERS FUND LP, FNY MANAGED ACCOUNTS LLC, and INFINITY CAPITAL MARKETS LIMITED, On Behalf of Themselves, and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BC PARTNERS LLP, SILVER LAKE GROUP, L.L.C., RAYMOND SVIDER, and JUSTIN BATEMAN,<br><br>      Defendants. | Case No. 3:20-cv-03741-RS |
| SAM RACHIMI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SILVER LAKE GROUP, L.L.C., BC PARTNERS LLP, RAYMOND SVIDER, and JUSTIN BATEMAN,<br><br>      Defendants. | Case No. 4:20-cv-03766 |

I, James M. Wagstaffe, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner at Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP ("WVBR"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by Walleye Opportunities Master Fund Ltd and Walleye Manager Opportunities LLC (together, "Walleye") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Walleye as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq*.; (iii) approving the selection of Labaton Sucharow LLP ("Labaton sucharow") as Lead Counsel for the Class ; and WVBR as Liaison Counsel to the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Walleye, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   A chart reflecting Walleye's Class Period transactions in Intelsat S.A. shares and approximate losses;

EXHIBIT C:   Notice of pendency of *Hill v. Silver Lake Group, L.L.C.*, No. 20-cv-02341 (N.D. Cal.), published on April 7, 2020;

EXHIBIT D:   Firm resume of Labaton Sucharow;

EXHIBIT E:   Firm Resume of WVBR.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: June 8, 2020                               /s/ *James M. Wagstaffe*
                                                               James M. Wagstaffe

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *James M. Wagstaffe*
James M. Wagstaffe