# Exhibit C





# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Silver Lake Group, L.L.C., BC Partners LLP, Raymond Svider, and Justin Bateman

April 07, 2020 08:31 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against Silver Lake Group, L.L.C. ("Silver Lake"), BC Partners LLP ("BC Partners"), Raymond Svider ("Svider"), and Justin Bateman ("Bateman") (collectively, "Defendants").

The action, which was filed in the U.S. District Court for the Northern District of California and is captioned *Hill v. Silver Lake Group, L.L.C.*, No. 3:20-cv-02341, asserts claims under §§10(b), 20A, and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b), 78t-1, and 78t(a), on behalf of investors who purchased or otherwise acquired shares of Intelsat S.A. ("Intelsat" or the "Company") (NYSE: I) from November 5, 2019 through November 18, 2019, both dates inclusive (the "Class Period").

Intelsat is a satellite operator that provides TV and radio communications.

The complaint alleges that Defendants violated provisions of the Exchange Act by selling a block of Intelsat shares while in possession of material non-public information, including that Intelsat had met with the Federal Communications Commission ("FCC") on November 5, 2019, to discuss the private sale of certain wavebands controlled by Intelsat for future "5G" use (the "C-Band") and that the FCC opposed Intelsat's then-existing proposal, instead favoring a public auction rather than private sale of the C-Band.

On November 18, 2019, after the FCC announced that it would publicly auction the C-Band that Intelsat had been hoping to sell privately, Intelsat's share price declined 40% to close at $8.03 per share.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from the date of this notice. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action, or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Jonathan Zimmerman of Scott+Scott at (888) 398-9312, or via email at jzimmerman@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Ohio, and Virginia.

Contacts

**Jonathan Zimmerman**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 17th Floor, New York, NY 10169-1820**

**(888) 398-9312**

**jzimmerman@scott-scott.com**

#Hashtags

#intelsat

$Cashtags

$I