1  GERSON A. ZWEIFACH (*pro hac vice*)
   gzweifach@wc.com
2  STEVEN M. FARINA (*pro hac vice*)
   sfarina@wc.com
3  AMANDA M. MACDONALD (*pro hac vice*)
   amacdonald@wc.com
4  KATHRYN E. YUKEVICH (*pro hac vice*)
   kyukevich@wc.com
5  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
6  Washington, DC 20005
   Telephone: (202) 434-5000
7  Facsimile: (202) 434-5029

8  *Attorneys for Defendant Silver Lake Group, L.L.C.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES HILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVER LAKE GROUP, L.L.C., et al.,<br><br>Defendants. | Case No.: 4:20-CV-02341-JSW<br><br>**KATHRYN E. YUKEVICH'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SILVER LAKE GROUP, L.L.C.; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

**MOTION TO WITHDRAW AS COUNSEL**                                   **CASE NO.: 4:20-CV-02341-JSW**

**MOTION TO WITHDRAW AS COUNSEL**

Kathryn E. Yukevich, Esq. respectfully requests leave to withdraw her appearance as counsel of record for Silver Lake Group, L.L.C. ("Silver Lake"), as allowed through the order entered on June 5, 2020 (Docket No. 21), granting said counsel's request to appear *pro hac vice*.

Effective September 30, 2020, said counsel will no longer be employed by the law firm of Williams & Connolly LLP, counsel of record for Silver Lake in the above-titled matter, and will no longer represent Silver Lake.  Williams & Connolly LLP will remain as counsel for Silver Lake.  This withdrawal will not delay this proceeding and will not prejudice any party.

DATED: September 29, 2020          **WILLIAMS & CONNOLLY LLP**

By: /s/ *Kathryn E. Yukevich*
Kathryn E. Yukevich (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kyukevich@wc.com

*Attorney for Defendant Silver Lake Group, L.L.C.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on September 29, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: September 29, 2020

                                           /s/ *Kathryn E. Yukevich*
                                              Kathryn E. Yukevich

**[PROPOSED] ORDER**

Upon consideration of Attorney Kathryn E. Yukevich's Motion to Withdraw as Counsel, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

SIGNED this 29th day of September, 2020

_____
Hon. Jeffrey S. White
United States District Court Judge