NINA F. LOCKER, State Bar No. l23838
EVAN L. SEITE, State Bar No. 274641
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
          eseite@wsgr.com
          afrantela@wsgr.com

JOHN KENNEY (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW
Fifth Floor
Washington, D.C. 20006-3814
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: jkenney@wsgr.com

*Attorneys for Defendant
David McGlade*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SILVER LAKE GROUP L.L.C. SECURITIES LITIGATION | CASE NO.: 4:20-cv-02341-JSW<br><br>**DEFENDANT MCGLADE'S STATEMENT OF RECENT DECISION RELEVANT TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: August 27, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: Courtroom 5 – 2nd Floor |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendant McGlade respectfully submits this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) in connection with his Motion to Dismiss the Amended Class Action (Dkt. 128) and Reply in Support of Motion to Dismiss the Amended Class Action (Dkt. 136). Attached as **Exhibit A** is a true and correct copy of *TransUnion LLC v. Ramirez,* No. 20-297, ___ U.S. ___, 2021 WL 2599472, (June 25, 2021), a decision by the Supreme Court of the United States which was issued after McGlade filed his Reply. The decision is relevant to McGlade's argument regarding standing, including the requirement that only "those plaintiffs who have been *concretely harmed* by a defendant's statutory violation may sue that private defendant over that violation in federal court." *Id.* at *8 (emphasis in original). If the Court wishes, McGlade would be happy to submit a short supplemental brief discussing *TransUnion's* impact on that issue.

Defendant McGlade's Motion to Dismiss and Reply in Support of Motion to Dismiss are scheduled for hearing on August 27, 2021.

DATED: June 30, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Nina F. Locker*
       Nina F. Locker

*Attorneys for Defendant David McGlade*