UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HILL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SILVER LAKE GROUP, L.L.C., et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-02341-JSW<br><br>**ORDER REQUIRING CHAMBERS COPIES**<br><br>Re: Dkt. Nos. 107, 115, 119, 128 |

　　　　The Court ORDERS the parties to submit chambers copies of the Amended Class Action Complaint; and ALL briefing, declarations, requests for judicial notice and exhibits related to the motions to dismiss.  All chambers copies must be securely bound at the top or on the side, either with staples, "ACCO" fasteners, or velo-binding, or shall be submitted in binders.  *Binder clips, paper clips, and rubber bands will not satisfy this requirement.*

　　　　If any of the chambers copies to be submitted are more than two inches thick, the parties should submit the chambers copies of the document in multiple volumes that do not exceed two inches.  When a declaration or other document includes exhibits, parties shall submit chambers copies of the documents which include tabs that separate each exhibit.  The Court also encourages the parties to submit double-sided copies of all documents, but if they follow that request, the document should be bound on the side not at the top.

　　　　The Court reserves the right to reject non-conforming chambers copies and to require the party to re-submit them in accordance with this Order.

　　　　**IT IS SO ORDERED**.

Dated: July 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge